UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-33-1D

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| APRIL LYNN LOCKLEAR | |

On motion of the Defendant, April Lynn Locklear, and for good cause shown, it is hereby

ORDERED that the Sentencing Memorandum at Docket Entry #49 be sealed until further notice by

this Court, except that copies may be provided to the Assistant United States Attorney, and Counsel

for the Defendant.

IT IS SO ORDERED.

This the __22__ day of February, 2016.

_____
JAMES C. DEVER, III
Chief United States District Judge